IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EDUARDO ANTONIO MORENO-ROSALES BOP Reg. # 61158-019,  Movant, v. UNITED STATES OF AMERICA,  Respondent. | CRIMINAL ACTION NO. 1:09-CR-359-RWS-AJB-2 CIVIL ACTION NO. 1:13-CV-977-RWS |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Alan J. Baverman [Doc. No. 308]. No objections have been filed thereto. Having carefully considered the record and the Report and Recommendation, the Report and Recommendation is adopted as the opinion and order of this Court. As such, the § 2255 petition [Doc. No. 257], as amended, is DENIED. A Certificate of Appealability is DENIED because the resolution of the issues presented is not debatable. Civil action number 1:13-CV-977 is DISMISSED.

**SO ORDERED**, this 9th day of September, 2015.

_____
RICHARD W. STORY
United States District Judge

AO 72A
(Rev.8/82)